JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MAG Aerospace Industries, LLC, | ) | CASE NO. 5:18-cv-01096-RGK-JC |
| Plaintiff, | ) ) | **JUDGMENT** |
| vs. | ) ) | |
| Precise Aerospace Manufacturing, Inc., | ) ) | |
| Defendant. | ) ) | |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

The Court, after fully considering the issues and evidence presented at trial, renders judgment in favor of Plaintiff on its claims for conversion and breach of contract. The Court dismisses Plaintiff's claim for negligent interference with prospective economic advantage.

IT IS THEREFORE ORDERED AND ADJUDGED that judgment in this action is entered in favor of Plaintiff in the amount of $1,317,315.78.

DATED: July 24, 2019

R. Gary Klausner, Judge
United States District Court