JS6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAG Aerospace Industries, LLC, | CASE NO. 5:18-cv-01096-RGK-JC |
| Plaintiff, | **JUDGMENT** |
| vs. | |
| Precise Aerospace Manufacturing, Inc., | |
| Defendant. | |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

The Court, after fully considering the issues and evidence presented at trial, renders judgment in favor of Plaintiff on its claims for conversion and breach of contract.

IT IS THEREFORE ORDERED AND ADJUDGED that judgment in this action is entered in favor of Plaintiff in the total amount of $1,363,465.37. The Court quashes the prejudgment writs of possession, (ECF Nos. 40, 106), to the extent that they cover molds associated with Mold Duplication Group 4 and orders release and redelivery of those molds to Defendant.

DATED: April 25, 2022

R. Gary Klausner, Judge
United States District Court